NEW ROCHELLE WATER COMPANY, Appellant, *v.* COUNTY OF WEST-CHESTER et al., Respondents.

Argued October 22, 1942; decided December 3, 1942.

*Albert Ritchie* for appellant.

*William A. Davidson, County Attorney (Francis J. Morgan* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.